# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 22-00025 | RCT | Judge: | Roberta A. Colton | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | PEREZ TILE AND CONST | | | | Date Filed (f) or Converted (c): | 01/04/2022 (f) |
| | | | | | 341(a) Meeting Date: | 02/01/2022 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 06/06/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash Bank Accounts | 93.03 | 93.03 | | 0.00 | FA |
| 2. Cash on Hand | Unknown | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable | 35,343.46 | 35,343.46 | | 0.00 | FA |
| 4. Office Equipment | 0.00 | 0.00 | | 0.00 | FA |
| 5. Computers | Unknown | 0.00 | | 0.00 | FA |
| 6. 2020 Dodge 1500 Classic | 24,098.00 | 3,635.06 | | 0.00 | 3,635.06 |
| 7. Federal Carryover Deduction from 7/1/2020 to 6/30/2021 | 23,923.00 | 23,923.00 | | 0.00 | FA |
| 8. Randall M. Sexton and Robert B. Milam v. Perez Tile Judgment | 4,963.75 | 4,963.75 | | 0.00 | FA |
| 9. Fraudulent Transfers to Insiders - Per SOFA (u) 03/19/2022 Email to debtor re: settlement | 0.00 | 88,763.00 | | 0.00 | 35,000.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $88,421.24 | $156,721.30 | | $0.00 | $38,635.06 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/19/22 Filed RNOIS.

Initial Projected Date of Final Report (TFR): 03/31/2023        Current Projected Date of Final Report (TFR): 03/31/2023

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 22-00025 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | PEREZ TILE AND CONST | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX2478 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3698 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:  $0.00  $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2478 - Checking | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Page Subtotals: $0.00 $0.00