**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

                                                                                    CASE NO. 8:22-bk-00025-RCT
                                                                                    Chapter 7

Perez Tile and Construction Co., Inc.

                                                 Debtor(s) /

**TRUSTEE'S BILL OF SALE - PERSONAL PROPERTY**

      The undersigned, LARRY S. HYMAN, as Trustee for the estate of Perez Tile and Construction Co., Inc., Case No: 8:22-00025-RCT, United States Bankruptcy Court, Middle District of Florida, Tampa Division for valuable consideration, to wit, $3,200.00, receipt of which is hereby acknowledged, and pursuant to notice of trustee's sale of property (11 U.S.C. S 363) as filed in the record of said case, does hereby sell to Perez Tile and Construction Co., Inc. the personal property of said estate described as:

      Unencumbered portion of 2020 Dodge 1500 Classic, VIN# 3C6RR6KT9LG206268.

      Said sale is without representations or warranties of any kind, express or implied, including, without limitation, representations of merchantability and/or fitness for any particular purpose.  Exhibits, if attached, are for identification only and are not a representation by seller for any purpose as to quantity, description, price or extension.

Dated: May 17, 2022

                                                                      /s/ Larry S. Hyman, Trustee_____
                                                                      Larry S. Hyman, Trustee
                                                                      P.O. Box 18625
                                                                      Tampa, FL 33679
                                                                      Larry@larryhymancpa.com